1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11
12

MARGARITA CALIXTRO,

Case No.: 1:13-cv-01880-GSA

13

Plaintiff,

14

v.

**ORDER SETTING HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

15

CAROLYN COLVIN, Acting Commissioner of Social Security,

16

(Doc. 12)

17

Defendant.

18
19
20

Plaintiff Margarita Calixtro ("Plaintiff") filed a complaint in this action on November 20, 2013, challenging the denial of Social Security benefits.  Doc. 1.

21
22

On July 14, 2014, Plaintiff's counsel, Denise Bourgeois Haley, filed a Motion to Withdraw as Attorney of Record in this matter.  Doc. 12.  The motion was served on Plaintiff via United States Mail at 2754 Mill Street, Selma, CA 93662.  Doc. 12 at 6, 7.

23
24

///

25

///

26

///

27

///

28

1

In light of the foregoing, the Court SETS the motion for hearing on August 22, 2014 at 9:30 a.m. in Courtroom 10 before the undersigned.  Plaintiff SHALL personally appear at the hearing on the motion.  The Clerk of the Court is directed to serve a copy of this order on Plaintiff, via United States Mail, at the above-referenced address.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                        **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE