UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA CALIXTRO,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:13-cv-01880-GSA<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FILE OPENING BRIEF AS DIRECTED BY THE COURT**<br><br>(ECF No. 27) |

Pro se plaintiff Margarita Calixtro ("Plaintiff") was previously directed to submit an Opening Brief in this case no later than December 19, 2014. ECF No. 24. On December 19, 2014, Plaintiff, through her husband, Alejo Calixtro, filed a short letter with the Court in which Mr. Calixtro provided a summary of Plaintiff's medical condition. ECF No. 26. On January 9, 2015, the Court notified Plaintiff that Mr. Calixtro's letter did not constitute an appropriate opening brief and provided instructions on how to submit an opening brief. Plaintiff was directed to file an appropriate opening brief by February 9, 2015 and was warned that a failure to do so could result in the dismissal of her action. ECF No. 27. To date, no brief has been filed.

Accordingly, Plaintiff is ORDERED to show cause, if any, why this action should not be dismissed for failure to comply with the Court's order and/or failure to prosecute her claim.

1

Alternatively, Plaintiff may file an appropriate opening brief as previously ordered. If Plaintiff no longer intends to pursue this case, she must advise the Court by filing a Notice of Voluntary Dismissal. The opening brief, explanation for the failure to comply with the Court's order, or Notice of Voluntary Dismissal shall be filed no later than **March 25, 2015**. If Plaintiff timely files any of the above, this Order to Show Cause will be vacated. *If Plaintiff fails to timely respond to this Order to Show Cause, the action will be dismissed in its entirety*.

IT IS SO ORDERED.

   Dated:   **February 23, 2015**                     /s/ Gary S. Austin
                                                                        UNITED STATES MAGISTRATE JUDGE